UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

YETI Coolers, LLC

                        Plaintiff,

v.                                         Case No.: 1:17−cv−07025
                                                         Honorable Samuel Der−Yeghiayan

Costco Wholesale Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2017:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held by phone. An in−person settlement conference is scheduled for March 12, 2018, at 10:00 a.m. in courtroom 1019. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. Individuals with the authority to settle this matter must appear in person. A status hearing is scheduled for February 21, 2018, at 9:30 a.m. by phone to discuss whether to move forward with the settlement conference. Parties are to use the same call−in information. The court urges the parties to continue with their settlement discussions. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.